**Order filed June 6, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00376-CV
_____

**LENNIE JACKSON, INDIVIDUALLY AND DERIVATIVE OF BL ENTERPRISE LLC, Appellant**

**V.**

**PATTEN LAW FIRM, Appellee**

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2018-34839**

---

## O R D E R

The notice of appeal in this case was filed May 6, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **June 21, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM